ROBERT P. HENK    (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
A Professional Law Corporation
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:          (916) 787-4530
Email:        henkleonard@aol.com

Attorneys for Plaintiff
**DANEL STIDMAN FLORES**

SCOTT M. PLAMONDON   (212294)
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:    (916) 558-6000
Fax:          (916) 446-1611

Attorneys for Defendant
**WALGREEN COMPANY**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANEL STIDMAN FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALGREEN COMPANY, and DOES 1 through 5, inclusive,<br><br>    Defendant. | CASE NO.:  13CV01817 MCE AC<br><br>STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND ORDER |

   IT IS HEREBY STIPULATED, by and between Plaintiff DANEL STIDMAN FLORES ("Plaintiff") and WALGREEN COMPANY ("Defendant"), through their respective undersigned counsel, as follows:

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that Plaintiff's Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated:  September 24, 2013                HENK LEONARD
                                          *A Professional Law Corporation*

                                          /s/SHERI L. LEONARD
                                          SHERI L. LEONARD
                                          Attorney for Plaintiff
                                          DANEL STIDMAN FLORES


Dated: September 24, 2013                 WEINTRAUB TOBIN CHEDIAK
                                          COLEMAN GRODIN


                                          /s/SCOTT M. PLAMONDON (as auth. on 9/24/13)
                                          SCOTT M. PLAMONDON
                                          Attorney for Defendant
                                          WALGREEN COMPANY


ORDER

Plaintiff, Danel Stidman Flores' Complaint is hereby dismissed with prejudice, each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT